Ben W. Muse
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: benjamin_muse@fd.org

Counsel for Defendant Matthew Wilson Moi

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW WILSON MOI,<br><br>Defendant. | Case No. 3:19-cr-00112-TMB-SAO-2<br><br>**NON-OPPOSED MOTION TO WITHDRAW DOCUMENT [330]** |

Defendant Matthew Wilson Moi, through counsel, Ben W. Muse, Assistant Federal Defender, moves to withdraw the Motion to Compel Discovery filed at Docket No. 330. The filed motion contains errors that need immediate correction. The corrected motion will be filed as soon as possible.

The undersigned has conferred with Assistant United States Attorney Kelly Cavanaugh who requested that the defense make this motion to withdraw the Motion to Compel Discovery.

//

//

//

//

DATED at Anchorage, Alaska this 15th day of September, 2021.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Ben W. Muse*
Ben W. Muse
Assistant Federal Defender

<u>Certificate of Service</u>:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 15, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Ben W. Muse*