[Exhibit D-1 to Defendant Matthew Moi's Motion to Compel Discovery, filed separately and under seal]