Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Matthew Wilson Moi

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>MATTHEW WILSON MOI,<br><br>    Defendant. | Case No. 3:19-cr-00112-TMB-MMS-2<br><br>**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

  Defendant Matthew Wilson Moi, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court for an order granting leave to file exhibits under seal. The basis for granting the request to file Exhibit D-1 and Exhibit D-2 in support of Matthew Moi's Motion to Compel Discovery at Docket No. 334 under seal is due to the sensitive nature of the content. Filing under seal is appropriate because the exhibits contain confidential information that cannot be redacted without rendering them illegible.

  DATED at Anchorage, Alaska this 20th day of September, 2021.

                Respectfully submitted,

                FEDERAL PUBLIC DEFENDER
                FOR THE DISTRICT OF ALASKA

                */s/ Gary G. Colbath*
                Gary G. Colbath
                Assistant Federal Defender

Certificate of Service:

I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on September 20, 2021. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*